# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Ruben Sebastian Felix-Escamilla | ) Case No. 22-5175mj<br>)<br>) **AFFIDAVIT FOR DETENTION OF**<br>) **MATERIAL WITNESSES**<br>) |

I, United States Border Patrol Agent Shane Peterson, on oath, depose and state:

(1) I am an Agent of the U.S. Border Patrol, Casa Grande, Arizona, and make this affidavit as such officer.

(2) A criminal complaint in this matter has been filed charging that the defendant did knowingly transport **Gerardo Lino-Chino** and **Santos Quintero-Ines** (hereinafter called "witnesses") in the United States, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

(3) The witnesses have testimony to give in said matter of a material nature in that they illegally entered the United States, and the defendant was transporting them in furtherance of the witnesses' violation of law.

(4) The above witnesses are citizens and residents of Mexico who entered the United States illegally and who would return to Mexico if released in this proceeding.

(5) Because of the above, their presence in further proceedings in this matter could not be required by subpoena of the court system of the United States and securing such presence by subpoena would become impracticable.

(6) I therefore request that the above-named witnesses be detained as witnesses for further proceedings in this case pursuant to 18 U.S.C. § 3144.

SHANE R PETERSON
Digitally signed by SHANE R PETERSON
Date: 2022.04.15 14:48:08 -07'00'

Shane R. Peterson
U.S. Border Patrol Agent

Sworn to telephonically, this 15th day of April, 2022. @ 4:49 p.m.

Hon. Deborah M. Fine
United States Magistrate Judge